UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTOR GRISHCHENKO,<br><br>                   Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>                   Respondents. | Case No.: 25-cv-3514-JES-JLB<br><br>**ORDER CORRECTING JUDGMENT**<br><br>[ECF Nos. 11, 12, 13] |

      On December 18, 2025, this Court granted Petitioner Viktor Grishchenko's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and ordered his release. ECF Nos. 11, 12. Before the Court now is joint supplemental briefing clarifying Petitioner's lack of prior bond and asking for clarification of the Court's order consistent with that status. ECF No. 13. Petitioner asks for release subject to an order of supervision under 8 U.S.C.

§ 1231(a)(3). *Id.* at 2. Respondents continue to contend that Petitioner is subject to detention, but do not suggest an alternate form of relief consistent with the Court's ruling. *Id.*

Pursuant to Federal Rule of Civil Procedure 60(a), it is hereby **ORDERED** that this Court's Order and Judgment, ECF Nos. 11 and 12, are amended as follows:

Petitioner's Writ of Habeas Corpus is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to an order of supervision under 8 U.S.C. § 1231(a)(3). *See Tuan Thai v. Ashcroft*, 366 F.3d 790, 799 (9th Cir. 2004) (affirming release on *Zadvydas* grounds subject to supervisory conditions under 1231(a)(3)). The Parties are **ORDERED** to file a Joint Status Report no later than **5:00 p.m.** on **December 22, 2025**, confirming that the Petitioner has been released.

**IT IS SO ORDERED.**

Dated: December 19, 2025

Honorable James E. Simmons Jr.
United States District Judge